## English *v.* Acme Motor Car Company, Appellant.

OPINION BY ORLADY, J., March 1, 1912:

For the reasons given in Neumiller v. Acme Motor Car Co., No. 54, October Term, 1911, ante, p. 183, the two cases having been tried together before the same jury in the court below, and argued at the same time in this court, the judgment is affirmed.